1    **WO**

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                      FOR THE DISTRICT OF ARIZONA

9

10

11

12   PENNY DENTON,                  )
                                    )
13                   Plaintiff,     )    No. CIV 05-1036 PHX RCB
                                    )
14           Vs.                    )         O R D E R
                                    )
15   TOWN OF WICKENBURG,            )
                                    )
16                   Defendant.     )
     ───────────────────────────── )

17

18       The court has considered plaintiff's motion to extend

19   discovery deadline, the response and reply.  The court concludes

20   that plaintiff should be permitted to send limited interrogatories

21   and/or requests for production on the limited issue of "what, if

22   anything the Town (defendant) told the EEOC about [any new job

23   description]" concerning any claimed "new charge of

24   discrimination."  Plaintiff is limited to five (5) interrogatories

25   and/or three (3) requests for production.

26       IT IS ORDERED permitting plaintiff to serve not to exceed five

27   (5) interrogatories and/or three (3) requests for production

28   . . .

1  directed to the issue above described.

2      DATED this 22nd day of February, 2006.

3

4  _____
   Robert C. Broomfield

5      Senior United States District Judge

6

7

8  Copies to counsel of record

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28